# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131364-5

ALEXANDER PRINCE, LLC,
            Plaintiff-Appellant,
and

CAROLYN A. PRINCE and THEODORE
LINDSEY,
            Plaintiffs,

v

METWEST MORTGAGE SERVICES,
            Defendant-Appellee,

and

OCWEN FEDERAL BANK, FSB,
            Defendant.
_____

ALEXANDER PRINCE, LLC,
            Plaintiff-Appellant,
and

CAROLYN A. PRINCE and THEODORE
LINDSEY,
            Plaintiffs,

v

WESTERN UNITED LIFE ASSURANCE
COMPANY,
            Defendant-Appellee,
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131364
COA: 259448
Wayne CC: 02-230424-CH

SC: 131365
COA: 260021
Wayne CC: 03-311111-CH

On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

s0918